United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEDRO RODRIGUEZ,

    Plaintiff,

  v.

JESSICA REINHARDT, et al.,

    Defendants.

Case No.  13-cv-05403-JST

**ORDER FOR SERVICE OF PROCESS**

On November 20, 2013, Plaintiff, a California prisoner then incarcerated at Devil's Garden Conservation Camp and proceeding pro se, filed the above-titled tort action. Plaintiff has since informed the Court that he has been released from prison and is residing in Redwood City, California. Plaintiff has been granted leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, in a separate order.

Under 28 U.S.C. § 1915, notwithstanding any filing fee or any portion thereof that may have been paid, "the court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . is frivolous or malicious, [or] fails to state a claim upon which relief may be granted, [or] seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). Pro se pleadings must be liberally construed. See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

In his complaint, Plaintiff alleges that defendant T-Mobile Law Enforcement Relations Group, through its custodian of records defendant Jessica Reinhardt, released false phone records associated with Plaintiff's prepaid T-Mobile phone account. Plaintiff alleges that the false records were used to secure an indictment and ultimately a conviction against Plaintiff. Plaintiff invokes this court's diversity jurisdiction pursuant to 28 U.S.C. § 1332. The Court cannot say at this

juncture that there are no grounds by which Plaintiff may be entitled to relief. The action may move forward.

An indigent plaintiff with an arguable claim is entitled to issuance and service of process. See 28 U.S.C. § 1915(d). Accordingly, in order to expedite the resolution of this case:

1. The Clerk shall issue summons and the United States Marshal shall serve, without prepayment of fees, the summons, a copy of the complaint (Dkt. No. 1), and a copy of this order upon defendants **T-Mobile Law Enforcement Relations Group** and **Jessica Reinhardt** at 4 Sylvan Way, Parsippany, NJ 07054.[1]

2. Pursuant to Federal Rule of Civil Procedure 12, each defendant must file an answer within **twenty-one (21) days** of being served with process.

**IT IS SO ORDERED.**

Dated: January 29, 2014

_____
JON S. TIGAR
United States District Judge

---

[1] This is the address provided by Plaintiff in his complaint.

2