UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEDRO RODRIGUEZ,

    Plaintiff,

v.

JESSICA REINHARDT, et al.,

    Defendants.

Case No.  13-cv-05403-JST (PR)

**ORDER SCHEDULING BRIEFING**

Plaintiff filed this pro se civil rights action against defendant T-Mobile Law Enforcement Relations Group and its custodian of records defendant Jessica Reinhardt. Defendants noticed a hearing on two motions to dismiss for April 24, 2014. The hearing is VACATED. The motions will be decided on the papers, and no hearing is necessary. Plaintiff's opposition is due on or before **April 4, 2014**. Defendants shall file a reply brief within **14 days** of the date any opposition is filed.

**IT IS SO ORDERED.**

Dated: March 12, 2014

_____
JON S. TIGAR
United States District Judge