UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA REINHARDT, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-05403-JST<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br><br>Re: ECF No. 28 |

　　　　In this Court's order granting Defendants' motion to dismiss without prejudice, the Court order the plaintiff to file an amended complaint by September 25, 2014.  ECF No. 28.  Plaintiff has failed to comply with this order.

　　　　Therefore, the Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  Plaintiff shall file a written response to this order no later than October 24, 2014.  If Plaintiff fails to file a response by this date, the complaint will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 3, 2014

_____
JON S. TIGAR
United States District Judge