1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    PEDRO RODRIGUEZ,                          Case No.  13-cv-05403-JST

           Plaintiff,
8
                                               **ORDER OF DISMISSAL FOR FAILURE**
9         v.                                   **TO PROSECUTE**

10   JESSICA REINHARDT, et al.,

           Defendants.
11

12

13         In the Court's order granting Defendants' motion to dismiss without prejudice, the Court

14   ordered Plaintiff to file an amended complaint by September 25, 2014.  ECF No. 28.  No such

15   complaint was filed.  On October 3, 2014, the Court entered an Order to Show Cause why

16   Plaintiff's claims should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal

17   Rules of Civil Procedure.  ECF No. 29.  The Court directed Plaintiff to respond no later than

18   October 24, 2014.  Id.  Plaintiff has not responded.

19         The Court, having considered the five factors set forth in *Malone v. United States Postal*

20   *Service*, 833 F.2d 128, 130 (9th Cir. 1987), determines that, notwithstanding the public policy

21   favoring the disposition of actions on their merits, the Court's need to manage its docket and the

22   public interest in the expeditious resolution of the litigation require dismissal of this action.  In

23   view of plaintiff's lack of response to this Court's Order to Show Cause why the case should not

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

*United States District Court*
*Northern District of California*

be dismissed, the court finds there is no appropriate less drastic sanction.  Accordingly, this action is dismissed with prejudice pursuant to Fed. R. Civ. pro. 41(b) for Plaintiff's failure to prosecute.

**IT IS SO ORDERED.**

Dated:  November 12, 2014

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

2